UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| 4 STAR GENERAL CONTRACTING, INC. | PLAINTIFF |

No. 2:22-CV-02036

| | |
|---|---|
| UNITED FIRE & CASUALTY COMPANY | DEFENDANT |

## BENJAMIN DOYLE'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

Benjamin Doyle, counsel for Plaintiff, 4 Star General Contracting, Inc., files this Motion to Withdraw as Counsel of Record and would show:

United Fire's designation of counsel as a fact witness (Doc 68) creates a conflict of interest in my continued representation of 4 Star General Contracting, Inc. regarding this matter. Although I categorically deny defense counsel's characterization of the one-week delay in the effectuation of service of Justin Smith's witness subpoena, I advised United Fire's counsel that the issue be reported to the Arkansas Committee on Professional Conduct and understand that a formal complaint has been filed. I intend to address the allegations in that forum and have advised 4 Star General Contracting, Inc. to obtain alternative counsel for purposes of trial in this matter.

/s/ Benjamin D. Doyle
BENJAMIN D. DOYLE
AR Bar No.: 2020293
**STOCKARD, JOHNSTON, BROWN, NETARDUS & DOYLE, P.C.**
P.O. Box 3280
Amarillo, Texas 79116-3280
(806) 372-2202 - Telephone
(806) 379-7799 - Fax
bdoyle@sjblawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Western District of Arkansas, Fort Smith Division, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record, as follows, electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2):

David M. Donovan
Tayler N. Williams
WATTS, DONOVAN, TILLEY & CARSON, P.A.
2120 Riverfront Dr., Suite 275
Little Rock, AR 72202
david.donovan@wdtc.com
taylor.williams@wdtc.com

**ATTORNEYS FOR DEFENDANT
UNITED FIRE & CASUALTY COMPANY**

Rick Woods
TAYLOR LAW PARTNERS
P.O. Box 8310
303 E. Millsap
Fayetteville, AR 72703
Telephone: 479-443-5222
Fax: 479-443-7842
rwoods@taylorlawpartners.com
**Attorneys for 4 Star General Contracting, Inc.**

                                                            */s/ Benjamin D. Doyle*
                                                            BENJAMIN D. DOYLE